# Supreme Court of Florida

_____

No. SC20-1263

_____

**IN RE: AMENDMENTS TO FLORIDA RULE OF JUDICIAL
ADMINISTRATION 2.220.**

September 10, 2020

PER CURIAM.

The Court, on its own motion, amends Florida Rule of Judicial
Administration 2.220 (Conferences of Judges) to add new subdivision (d)
(Cooperation and Coordination). *See* art. V, § 2(a), Fla. Const.; Fla. R. Jud.
Admin. 2.140(g)(1).

New subdivision (d) is added to rule 2.220 to require the Conference of
District Court of Appeal Judges, the Conference of Circuit Court Judges, and the
Conference of County Court Judges to cooperate and coordinate with each other
and the state courts administrator on matters that have branch-wide implications,
consistent with the conferences' purpose of the betterment of the judicial system
and subject to the direction of the chief justice.

Accordingly, the Court amends the Florida Rules of Judicial Administration as reflected in the appendix to this opinion. New language is indicated by underscoring. The amendment shall become effective immediately upon the release of this opinion. Because this amendment was not published for comment prior to its adoption, interested persons shall have seventy-five days from the date of this opinion in which to file comments with the Court.[1]

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, and COURIEL, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THIS AMENDMENT.

Original Proceeding – Florida Rules of Judicial Administration

---

1. All comments must be filed with the Court on or before November 24, 2020, with a separate request for oral argument if the person filing the comment wishes to participate in oral argument, which may be scheduled in this case. If filed by an attorney in good standing with The Florida Bar, the comment must be electronically filed via the Florida Courts E-Filing Portal (Portal) in accordance with *In re Electronic Filing in the Supreme Court of Florida via the Florida Courts E-Filing Portal*, Fla. Admin. Order No. AOSC13-7 (Feb. 18, 2013). If filed by a nonlawyer or a lawyer not licensed to practice in Florida, the comment may be, but is not required to be, filed via the Portal. Comments filed via the Portal must be submitted in Microsoft Word 97 or higher. *See In re Electronic Filing in the Florida Supreme Court*, Fla. Admin. Order No. AOSC17-27 (May 9, 2017). Any person unable to submit a comment electronically must mail or hand-deliver the originally signed comment to the Florida Supreme Court, Office of the Clerk, 500 South Duval Street, Tallahassee, Florida 32399-1927; no additional copies are required or will be accepted.

# APPENDIX

**RULE 2.220.        CONFERENCES OF JUDGES**

**(a) – (c)        [No Change]**

**(d)        Cooperation and Coordination.**  The conferences of judges shall cooperate and coordinate with each other and the state courts administrator on all matters that have implications for the branch as a whole, consistent with their purpose of the betterment of the judicial system of the state and subject to the direction of the chief justice as the chief administrative officer of the judicial branch.